IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
           Plaintiff,        )           8:05CR180
                             )
      v.                     )
                             )
LUIS GUILLERMO ALVEREZ,      )           ORDER
                             )
           Defendant.        )
_____)
```

The Court has been advised that defendant wishes to enter a plea in the above matter. Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Friday, July 15, 2005, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between June 21, 2005, and July 15, 2005, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 21st day of June, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court